UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAJHAN A. LONG,

    Plaintiff,

v.

CONTRA COSTA COUNTY PUBLIC DEFENDERS OFFICE, et al.,

    Defendants.

Case No. 19-cv-01847-RS

**ORDER DISMISSING CASE**

On April 5, 2019, pro se plaintiff Trajhan Long filed a complaint and motion to proceed in forma pauperis ("IFP"). The Magistrate Judge assigned to the case granted the IFP application but issued a Report and Recommendation advising dismissal of the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). That Report and Recommendation was adopted on May 29, 2019. The case was dismissed without prejudice, and Long was given leave to file an amended complaint by July 1, 2019. Because that deadline has long passed and Long has not filed an amended complaint, the case is dismissed with prejudice. The Clerk is hereby instructed to close the case.

**IT IS SO ORDERED**.

Dated: September 16, 2019

_____
RICHARD SEEBORG
United States District Judge